Andrew A. Wood (SBN 279403)
Email: awood@bakerlaw.com
BAKER & HOSTETLER LLP
600 Anton Boulevard
Suite 900
Costa Mesa, CA 92626-7221
Telephone: 714.754.6600
Facsimile: 714.754.6611

Edward L. Friedman (*Pro Hac Vice Application Pending*)
Email: efriedman@bakerlaw.com
BAKER & HOSTETLER LLP
811 Main Street
Suite 1100
Houston, TX 77002-6111
Telephone: 713.751.1600
Facsimile: 713.751.1717

Attorneys for Plaintiffs JASON DOWNING, JAMES PHELPS, AND BALT USA, LLC

# IN THE UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| Jason Downing, James Phelps, and Balt USA, LLC<br><br>Plaintiffs,<br><br>v.<br><br>Stryker Neurovascular, a division of Stryker Corporation<br><br>Defendant. | Case No.: 8-18-01166 JVS<br><br>**ORDER TO SHOW CAUSE**<br><br>*[FILED CONCURRENTLY WITH REQUEST FOR TEMPORARY RESTRAINING ORDER, MEMORANDUM OF POINTS AND AUTHORITIES, DECLARATION OF JASON DOWNING, DECLARATION OF JAMES PHELPS, AND (PROPOSED) ORDER GRANTING TEMPORARY RESTRAINING ORDER]*<br><br>Case Filed: July 2, 2018<br>Trial Date: None |

The Court, having read and considered Plaintiffs Jason Downing, James Phelps, and Balt USA, LLC's ("Plaintiffs") Complaint on file herein, the Request for Temporary Restraining Order and Supporting Memorandum of Points and Authorities, as well as any opposition thereto, and good cause appearing to the satisfaction of the Court that this is a proper case for issuing an order to show cause for preliminary injunction: the Court HEREBY ORDERS that:

1. An order to show cause is set on July 17, 2018 at 9:00 a.m. regarding why a preliminary injunction order should not issue in this action, enjoining Defendant Stryker Corporation from:

> Filing or pursuing any lawsuit or action as it pertains to Plaintiffs in the State or federal courts located in Michigan related to or regarding the STRYKER CONFIDENTIALITY, INTELLECTUAL PROPERTY AND NON-SOLICITATION AGREEMENT (California) as it pertains to Plaintiffs. Nothing in this Order prevents Stryker from filing in this case with this Court any claims, causes of action, defenses, responses, motions, or requests for relief.

2. A copy of this Order to Show Cause re: Preliminary Injunction, together with all accompanying legal memoranda, declarations, and exhibits, shall be personally served upon Defendant's counsel on or before 5:00 p.m. July 10, 2018, with proof of service of the same filed with the Court no later than July 13, 2018.

3. Opposition papers by Defendant shall be filed and personally served on Plaintiffs' counsel on or before on July 12, 2018.

4. Reply papers by Plaintiffs shall be filed and personally served on Defendant's counsel on or before noon July 16, 2018.

The Court is likely to grant the OSC for a limited period and for the limited purpose of allowing the Defendant Stryker Corporation to bring on a noticed motion to enforce the forum selection clause and/or to transfer under 28 U.S.C. section

- 2 -

(PROPOSED) ORDER TO SHOW CAUSE

1404(a).  Should the parties concur in this approach, they are invited to meet and confer and to submit a briefing and hearing schedule for such motions practice, either at or in advance of the hearing on the OSC.

**IT IS SO ORDERED.**

Dated: July 09, 2018

_____
United States District Judge