# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | | | |
|---|---|---|---|
| Case No. | 8:18-cv-01166-JVS(KESx) | Date | January 22, 2024 |
| Title | Jason Downing et al v. Stryker Neurovascular | | |

Present: The Honorable **James V. Selna, U.S. District Court Judge**

| Elsa Vargas | Not Present |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:**   [IN CHAMBERS] **Order to Show Cause re Deposit in Lieu of Bond**

On July 20, 2018 Plaintiff's Jason Downing, James Phelps, and Balt USA, LLC deposited a $10,000 business check with the Court Clerk's Office in lieu of a bond in accordance with Local Rule 65-10.  (See Financial Entry, Docket Report 7/20/2018) The deposit supported the security requirement on the preliminary injunction.

The Court granted Defendants Motion to Transfer and dissolved the preliminary injunction on July 31, 2018.  (See Docket No. 44)

Accordingly, the Court hereby **ORDERS** defendant to show cause in writing no later than **February 5, 2024**, why the deposit in lieu of bond in the amount of $10,000 should not be transferred to plaintiffs in this action.  If defendant does not show cause by February 5, 2024 the funds including any interest will be transferred to plaintiffs in the Western District of Michigan.

| | Initials of Preparer | eva |
|---|---|---|